UNITED STATES DISTRICT COURT PUERTO RICO

----------------------------------------------------------------x

EMMETT W CALDWELL

Plaintiff

vs

COLL WATLINGTON LUIS; JUAN DOE 1 & 2 ( JUAN DOE 1 & 2 IS A FICTITIOUS NAME REPRESENTING EVERYTHING UNKNOWN PERSONS OR ENTITIES THAT ABANDONED 1052 PONCE DE LEON* OP     S ₹ COULD CLAIM   INTREST TITLE,DEED,CLAIM,RIGHT

THE RIGHT OF RETENTION,    ESTATE, TOTAL,

PARCEL                     ...IT

PLOT* 040-048-023-02-001 SANTRUCE

Defendants

----------------------------------------------------------------x

COMPLAINT
DEMANDA

EXPEDIENTE DE DOMINO
PER TITLE 30   6291

20-cv-1462 (PAD)

RECEIVED & FILED
2020 SEP -4  PM 4:21

FOLLOWING FACTS SWORN TO UNDER OATH BY AFFIANT PLAINTIFF KNOWN TRUTH PERSONALLY KNOWLEDGE

JURISDICTION DIVERSITY PIT ATIANTA DEF. PR OVER 75,000

FACTS TRUE NOT QUESTIONED

A) IRIS WADSWORTH MOTHER OF PLAINTIFF BOUGHT THE PROPERTY PLOT 04004802302001 SAME 1052 PONCE DE LEON APPROX 1965

B) DEED AND SALES INVOICE TO BUYER IRIS WADSWORTH WAS IN ENGLISH WITH TRANSLATION, AND ORIGINAL LOST AFTER RECIVED FOR REGISTRATION BY PUERTO RICO FREE ASSOCIATED STATE

FACTS TRUE NOT QUESTIONED

A) IRIS WADSWORTH MOTHER OF PLAINTIFF BOUGHT THE PROPERTY PLOT 04004802302001 SAME 1052 PONCE DE LEON APPROX 1965

B) DEED AND SALES INVOICE TO BUYER IRIS WADSWORTH 1965 WAS IN ENGLISH WITH TRANSLATION, AND ORIGINAL LOST AFTER SENT RECIVED FOR REGISTRATION BY PUERTO RICO FREE ASSOCIATED STATE NOT RECORDED

C) WADSWORTH IRIS PURCHASED P.04004802302001 DIED APPROX.1967 FROM PRIOR OWNER WHOS ESTATE WRONGFULLY SOLD AGAIN VOID DEED ABANDONED PROPERTY

D) IRIS WADSWORTH MOTHER OF EMMETT CALDWELL SOLD THIS PARCEL 04004802302001 TO EMMETT CALDWELL 1986 WHO POSSED AS OWNER PUBLICLY PEACEFULLY + POR REQUIREMENTS OR T.TIE 30. EXPIMENTE DE DOMINIO RESTATED INCORP BY REFERENCE HERE

E) WITHOUT LEGAL RIGHT OR PROPER TITLE, STATUS ESTATE AFTER SALE TO IRIS WADSWORTH SOLD TO OTHER PERSONS OR ENTITIES AFTER SELLER DIE E1 SELLER ESTATE SOLD THIS PARCEL 04004802302001 ERRONEOUSLY WITHOUT LEGAL TITLE ( HAVE NO LEGAL RIGHT TO ANCESTORS IN TITLE WHO CONVOYE TO LUIS WATLINGTON VOID TITLE WHO ABANDONED PROPERTY

F) PARAGRAPH E RESTATED INCORPORATED HERE BY REFRENCE, WITHOUT RIGHT LEGALLY AND ERRONEOUSLY OFFICE RECORDS HAVE COLL WATLINGTON LUIS AS THE NAME OF THE PLOT OWNER 04004802302001

G) FOR MORE THAN 30 YEARS EMMETT CALDWELL PUBLIC, PACIFIC, CONTINUOUS AND TITLE OF POSSESSED OWNER MAINTAINED, OCCUPIED, LEASED PLOT 04004802302001

FIRST CAUSE OF ACTION AGAINST COLL WATLINGTON LUIS

EXPIDENT OF DOMAIN TITLE XII Article185 &184 & AND P.R. LAWS

1) PARAGRAPH A RESTATED INCORPED HERE BY REFRENCE

1B PARAGRAPH B2 RESTATED INCORP Here BY Reffrence

2) PARAGRAPH B RESTATED INCORP HEREIN HERE BY REFERENCE

3) PARAGRAPH F RESTATED INCORPORATED HERE BY REFRENCE

4) PARAGRAPH D RESTATED INCORPERATED HERE BY REFRENCE

5) PARAGRAPH E RESTATED INCORPORATED HERE BY REFRENCE

6) PARAGRAPH F RESTATED INCORPORATED HERE BY REFRENCE

7) PARAGRAPH G RESTATED INCORPORATED HERE BY REFRENCE

8) NO DEFENDANT HAS LEGAL TITLE, LEGAL DEED

CLAIM, RIGHT OF RETENTION, REAL ESTATE, OR TRIAL,

ABOUT 1052 PONCE DE LEON SANTRUCE PARCLA 04004802302001

ADVERSE TO EMMETT CALDWELL SOL LEGALLY OWNED

9) ALL PREVIOUS LEGAL OWNERS OF 1052 PONCE DE LEON PARCLA

04004802302001 PREVIOUSLY SOLD TO ANCESTORS IN TITLE

FROM EMMETT CALDWELL OR I DO NOT RECEIVE LEGAL TITLE AND ALL DEFENDANTS

ABANDONED PLOT 04004802302001

10) APPLICANT LIVES IN 1052 PONCE DE LEON PARCELLA 04004802302001

11) PLAINTIFF MEETS REQUIREMENTS OF TITLE XII ARTICLE 184 & 185

& 187 & LEYS OF PUERTO RICO FOR DOMAIN AND SALE OF

OTHER RELIEF BY REGISTERED ORDER EMMETT CALDWELL SCRIPT

OWNER ONLY AND TERMINATION OF PROPERTY RIGHTS OF ALL

DEMANDERS

12) 185a(a)DEMANDER EMMETT CALDWELL PROMOTES LIVING IN PART

OF PLOT 04004802302001 SINCE 1986 WHEN THIS

PROPERTY

13) 185(1b)THE SUBJECT PROPERTY OF THIS CLAIM IS IN SANCTION

1052 PONCE DE LEON YOU HAVE BUILDING OF 20297 SQ FT APPROXIMATELY

14) 185 c CAT. NUMBER OF PROPERTY EN 04004802302001 MUNICIPAL REVENUE CENTER REGISTERED

) JOHN DOE NOR ANY DEFENDANT KNOWN OR UNKNOWN DOES NOT HAVE ANY INTREST CLAIM TITLE RIGHT ESTATE LIEN ON 1052 PONCE DE LEON

) ATTACHED SWORN STATEMENT PER TITLE 30 6219 & EXPEDIANTE DE DOMINO RESTATED INCORPERATED REFRENCE

16) 185e THIS PROPERTY IS FREE OF CHARGES

17) 185f EMMETT CALDWELL IS DUENO NOW PURCHASE OF PREVIOUS OWNER LAND & HABITAT CONSERVATION INC WHO SOLD 2019; PREVIOUSLY IN 2018 EMMETT CALDWELL SOLD TO LAND & HABITAT CONSERVATION INC BUT THEY RETURNED BECAUSE THEY CAN PAY PRICE TO EMMETT CALDWELL SELLER

18) 185g EMMETT CALDWELL CLAIMANT ACQUIRED THE PROPERTY FROM PREVIOUS OWNER BY GENERAL WARRANTY DEED(Exhibito )

19) ... FOR MORE THAN 30 YEARS APPROX 1967 PLANTIFFS ANCESTORS IN TITLE IN TITLES HAVE POSSESSED AND RENTED THE PROPERTY PUBLICLY, PEACEFULLY AND CONTINUOUSLY PER EXPIEDENTE DE DOMINC

20) LOT 04004802302001 HAS A BUILDING 1502 PONCE DE LEON WAS A PREVIOUS PLAINTIFF'S PLOT OF LAND IN IRIS WADSWORTH BOUGHT APPROX 1967

21) 185J PARCELLA 04004802302001 HAS VALUE OF APPROXIMATELY 383290

22) 185k CLAIMANT WILL PRESENT INVOICE OF SALE ,DEEDS(AMERICAN) SALES WRITING AFFIDAVITS,TESTIMONIALS.MAPS LETTERS, RECEIPTS, AND OTHER EVIDENCE

WHEREFORE

PLAINTIFF REQUESTS ORDER OF EXPIDENTE DE DOMINO AND APPROPIATE RELIEFD TITLE REGISTERED TO CALDWELL AND PRIOR NAMES DELETED FROM REGISTERY

HECHOS JURADOS VERDADEROS BAJO JURAMENTO Y LEYES A CONOCIMIENTO PERSONAL POR TITULO.30-6291

23 A) EMMETT CALDWELL ADQUIRIÓ PARCEL04004802302001 1986 DE LA MADRE DE IRIS WADSWORTH CON QUIEN RESIDIÓ EN NC AHORA RESIDENTE DE ATLANTA GA

23 B) LA PROPIEDAD ES COMO SE DESCRIBE EN LA DISCRIPCIÓN LEGAL EXPONER UN ADJUNTO RESTABLECIDO INCORPORADO AQUÍ POR REFERENCIA

23 C) CADASTRE #04004802302001

23 D) Puede o no ser registrado debido a COVD indeterminado

23 E) Libre de cargos según el mejor conocimiento

23 F) Propietario anterior inmediato Land and Habitat Conservation Inc (Tierra registrada con nombres de error por error Coll Watlington Luis cuyas circunstancias personales se desconocen

23 G) Adquirido mediante escritura pública

23 H) El demandante poseyó desde que fue escriturado el lote 1986 (por Iris Wadsworth su madre, quien también poseyó desde 1967) ambos continuaron la posesión pública pacífica continua bajo el título de propietarios juntos durante 53 años por el Título 30-6291 y

23 El peticionario fue transferido en parte a Land and Habitat Conservation Inc. cuyo título fue transferido al peticionario 2018 (anexo c)

23 I) La propiedad se mantiene del mismo tamaño desde que fue poseída por el Peticionario y Wadsworth.

23 J) Valor actual $250,000.aprox

23 K) Escrituras facturas de venta estados de cuenta recibos ect

23 L) Otras acusaciones son que el propietario que vendió a Iris Wadsworth se le confió la escritura de propiedad verificada se registró a nombre de Wadsworth y administró y alquiló la propiedad hasta su muerte, su patrimonio sin saber de la venta a Wadsworth o transfirió erróneamente la propiedad de título nulo sin valor terminó a nombre de Coll Watlington Luis que abandonó la propiedad. El demandante descubrió recientemente que la razón por la cual la escritura original de Iris Wadsworth no se pudo registrar en los años 60 es que la escritura americana de Wadsworth no era una escritura de puerto español con requisitos exclusivos.

La persona que mantenía la propiedad del demandante murió sin que Caldwell lo supiera.

23 M) La notificación de esta acción será enviada al Alcalde de Santurce, al Secretario de Transporte y Obras Públicas, al Fiscal de Distrito, a los propietarios de las parcelas adyacentes.

23 N) La propiedad no está registrada a nombre de una persona que no sea Coll Watlington no está a nombre del Demandante la razón de esta acción es para que la Orden tenga la propiedad registrada a nombre de Caldwell

Hechos mencionados Juramentados verdades conocidas personalmente bajo leyes y juramento el 9/2/2020

SIGUIENDO HECHOS JURADO BAJO JURIMENTO CIERTO POR AFFIANTE

DEMANDANTE CONOCIDO VERDAD PERSONALMENTE CONOCIMIENTO

9/2/20

SWORN FACTS TRUE UNDER OATH AND LAWS TO PERSONAL KNOWLEDGE PER Title.30-6291

a) EMMETT CALDWELL ACQUIRED PARCEL 04004802302001 1986 FROM IRIS WADSWORTH MOTHER WITH WHOM HE RESIDED IN NC NOW ATLANTA GA RESIDENT

b) THE PROPERTY IS AS DESCRIBED IN LEGAL DISCRIPTION EXHIBIT A ATTACHED RESTATED INCORPERATED HEREIN BY REFRENCE

c) CADASTRE #04004802302001

d) it may or may not be registered due to COVD undeterminable

e) free of charges to best knowledge

f) Immediate previous owner Land and Habitat Conservation Inc (Land registered in error names mistakenly Coll Watlington Luis whose personal circumstances unknown

g) Acquired by deed

h) Petitioner posessed since was deeded lot 1986 (by Iris Wadsworth his mother who also posessed since 1967) both continued public peaceful continuous possession under the title of owners together over 53 years per Title 30-6291 &
Petitioner transfered partly to Land and Habitat Conservation Inc which Title was transfered to Petitioner 2018 (exhibit c)

i) Property maintained same size since posessed by Petitioner and Wadsworth

j) current value $250,000 approx

k) deeds bills of sale statements receipts ect

l) other allegations are the owner who sold to Iris Wadsworth was entrusted with verified property deed was recorded in Wadsworth name and managed and rented property till died, her estate unaware of sale to Wadsworth or wrongly transfered void worthless title property ended up in name of Coll Watlington Luis who abandoned property. Plaintiff only recently discovered reason original deed to Iris Wadsworth could not be recorded in 1960s is due to the American deed to Wadsworth was not a Spanish Puerto Deed haveing exclusive requsites
Person who was maintaining property for plaintiff died unknown to Caldwell

2 Notication of this action will be mailed to Mayor of Santurce Secretary of Transportation and Public Works, District Attorney, adjacent parcel owners

5 The property is not registered in the name of a person other than Coll Watlington is not in name of Petitioner the reason for this action is for Order to have the property registered in name of Caldwell

Facts aforestated Sworn true known personally under laws and oath on 9/2/2020

EMMETT W CALDWELL    Wherefore Plaintiff requsts Order or
9/2/20                Expediente del Dominio & appropriate Reliefs under laws